Milton Thomas KING *v.* STATE of Arkansas

CR 99-1222                                        3 S.W.3d 334

Supreme Court of Arkansas
Opinion delivered November 4, 1999

*R. David Lewis*, for appellant.

*Mark Pryor*, Att'y Gen., by: *David R. Raupp*, Sr. Ass't Att'y Gen., for appellee.

PER CURIAM. Milton Thomas King, by and through his attorney, has filed a motion for rule on the clerk. His attorney, R. David Lewis, admits in his motion that the record was tendered late due to a mistake on his part.

We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.